LAURA E. DUFFY
United States Attorney
TODD W. ROBINSON
Assistant United States Attorney
California Bar No. 199888
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7994
Email: Todd.Robinson@usdoj.gov

Attorneys for United States of America

~~SEALED~~ UNSEALED 5/22/15

FILED
MAY 20 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: ) | Case No. '15 MJ 1551 |
| ) | |
| United States of America, ) | MOTION TO SEAL CRIMINAL |
| v. ) | COMPLAINT AND ARREST |
| Gilbert Joseph Ramirez, et. al. ) | WARRANTS AND ORDER THEREON |
| ) | |
| ) | **UNDER SEAL** |

The United States of America, by and through its counsel, moves to seal the 1) Criminal Complaint, 2) the arrest warrants issued for those individuals charged in the Criminal Complaint, and 3) this Motion and Order in the above-captioned matter. Those documents concern an ongoing investigation and disclosure in the public record at this time would likely cause the targets to flee to avoid prosecution, destroy or discard evidence, or otherwise seriously jeopardize the investigation.

DATED: 5/20/15

Respectfully Submitted,

LAURA E. DUFFY
United States Attorney

/s/ Todd Robinson

TODD W. ROBINSON
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: 5/20/15

_____
HON. WILLIAM V. GALLO
United States Magistrate Judge

19yeb