```
1  LAURA E. DUFFY
   United States Attorney
2  TODD W. ROBINSON
   Assistant U.S. Attorney
3  California State Bar No. 199888
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 546-7994
   E-mail: todd.robinson@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 15cr1442-JLS |
|---|---|
| Plaintiff, | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| v. | |
| GILBERT JOSEPH RAMIREZ (1), OLEGARIO ALVAREZ (2), CARLOS ROSALES, JR. (3), WESLEY FRANK POWELL (4), MICHAEL ALEXANDER HARTSELL (5), JEFFREY CRAIG THOMPSON (6), ANGEL STAR RIVEROS (7), VERONICA ALVAREZ (8), FRANK ALVAREZ (9), NANCY JAIME (10), CYNTHIA ANN BARRY (11), JANICE NADINE WOOLEN (12), CHASE GLINSKI (13), DAVID WILLIAM SAKRY (14), JOSE GARCIA-ARRIOLA (15), JHOEMI CASTANO-MORENO (16), JOSE LUIS GUDINO (17), ISMAEL RODRIGUEZ-CASTRO (18), | |
| Defendants. | |

Plaintiff, the United States of America, by and through its counsel, Laura E. Duffy, United States Attorney, and Todd W. Robinson, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

//

Through the violations of Title 21, United States Code, Sections 841(a)(1) and 846, as alleged in Count 1 of the Superseding Indictment, which are punishable by imprisonment of more than one year, the United States seeks forfeiture in the Forfeiture Allegation of the following additional properties pursuant to 21 U.S.C. § 853:

1. One 2005 Audi S4, CA License No. 7BDT403, VIN WAUPL68E6SA037657, and

2. One 1973 GMC Jimmy, CA License No. 6TFX073, VIN TKY183F507474.

DATED: August 6, 2015.

LAURA E. DUFFY
United States Attorney

s/ Todd W. Robinson
TODD W. ROBINSON
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>GILBERT JOSEPH RAMIREZ (1),<br>   et al.,<br>    Defendants. | Case No. 15cr1442-JLS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Todd W. Robinson, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of the BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY on all parties in this case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2015

                                            s/ Todd W. Robinson
                                            TODD W. ROBINSON