UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL HARTSELL, et. al., <br><br> Defendants. | Case No. 15-CR-1442-JLS <br><br> ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION FOR DISCLOSURE OF URINALYSIS TESTING RESULT S AND INFORMATION |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT** Pretrial Services is to release to counsel the results of the March 21, 2016 urinalysis test that allegedly reported positive for methamphetamine.

The Court denies without prejudice that Pretrial Services shall disclose all correspondence (including emails and hand written notes), regarding the testing of any and all samples in this case, and including the lab reports themselves.

Dated: April 12, 2016

HON. DAVID H. BARTICK
United States Magistrate-Judge