PS 8C
(05/08)

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

May 4, 2016

### Petition for Summons for Defendant on Pretrial Release

**Name of Defendant:** Michael Alexander Hartsell (English)         **Dkt No.**: 3:15CR1442-JLS-005

**Reg. No.:** 50100-298

**Name of Judicial Officer**: The Honorable Janis L. Sammartino, U.S. District Judge (the following matter was referred to the Honorable David H. Bartick, U.S. Magistrate Judge)

**Date Conditions Were Ordered**: July 23, 2015, before the Honorable David H. Bartick, U.S. Magistrate Judge

**Charged Offense:** Title 21, U.S.C., Secs. 841 (a)(1) and 846 - Conspiracy to Distribute Methamphetamine

Conditions of Release: Restrict travel to Southern and Central Districts of California and do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; submit to treatment, and/or testing, at the discretion of the pretrial officer no more than 6x per month, for drugs or alcohol, and psychiatric or psychological counseling; defendant shall be monitored by the form of location monitoring indicated below and abide by all technology requirements under the following components: a Global Positioning System (GPS) with Home Detention; actively seek and maintain full-time employment, schooling, or combination both; clear all warrants/FTAs and pay all fines at discretion of PTS; defendant to reside at residence approved by Pretrial Services; and surrender any vaild passport and may not apply for new travel documents.

**Modification**: On August 19, 2015, your Honor modified the conditions of release and replaced home detention with a curfew between the hours of 10:00 p.m. to 6:00 a.m.

On April 14, 2016, during a Bond Revocation Hearing your Honor modified the restriction of the Location Monitoring Program from a 10:00 p.m. to 6:00 a.m. curfew to Home Detention.

**Date Released on Bond:**  July 23, 2015

**Next Court Hearing:** May 20, 2016 at 9:00 a.m. for Sentencing before Judge Sammartino

**Asst. U.S. Atty.**: Luella Caldito                **Defense Counsel**: Keith Howard Rutman  (appointed)
              (619) 546-6732                                                 (619) 237-9072

PS 8C
(05/08)

**Name of Defendant:** Michael Alexander Hartsell                                                                              May 4, 2016
**Docket No.:** 3:15CR1442-JLS-005                                                                                                                Page 2

---

**Prior Violation History:** On September 16, 2015, your Honor was informed the defendant admitted using methamphetamine a couple of days before August 25, 2015; September 3, 2015; and September 14, 2015. Our office recommended your Honor hold action in abeyance and the Court agreed.

On October 2, 2015, your Honor was informed the defendant admitted using methamphetamine before the collection on September 17, 2015; and September 29, 2015. Because the defendant entered the CRASH residential drug treatment program our office recommended your Honor continue to hold action in abeyance and the Court agreed.

On April 1, 2016, your Honor was informed the defendant submitted a urine specimen on March 21, 2016, which confirmed positive for methamphetamine. On that same date the defendant was questioned regarding the results and denied having used illicit drugs. Our office recommended your Honor cite the defendant into court to show cause why his bond should not be revoked and the Court agreed.

On April 14, 2016, during a Bond Revocation Hearing, the defendant admitted to the following allegations: On August 25, 2015; September 3, 14, 17 and 29, 2015; and March 21, 2016, the defendant submitted urine samples which tested positive for methamphetamine use. The Court allowed the defendant to remain on bond and modified the conditions of release (reflected above).

---

## PETITIONING THE COURT

**TO SUMMON THE DEFENDANT TO APPEAR IN COURT AND ADDRESS THE ALLEGATIONS**

The Pretrial Services officer believes that the defendant has violated the following condition(s) of pretrial release:

| **CONDITION(S)** | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|
| **(Standard Condition)** not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription | 1.   On April 25, 2016, the defendant submitted a urine sample which confirmed positive for methamphetamine. |

**Name of Defendant:** Michael Alexander Hartsell                                        May 4, 2016
**Docket No.:** 3:15CR1442-JLS-005                                                              Page 3

*Grounds for Revocation:*

On April 26, 2016, the undersigned received and reviewed lab results from April 25, 2016, which screened positive for Amphetamines and Oxycodone.  On April 27, 2016, the sample collected on April 25, 2016, was sent for confirmation.

On May 3, 2016, the undersigned received and reviewed lab results from Alere Toxicology which confirmed positive for Amphetamine, Methamphetamine, Oxycodone and/or Oxymorphone.  It should be noted the defendant continues to hold a prescription for Percocet.

On May 3, 2016, the undersigned contacted the defendant and informed him the sample collected on April 25, 2016, confirmed positive for methamphetamine and questioned whether he relapsed and the defendant admitted to using methamphetamine on or about April 25, 2016.  He was advised to contact his attorney.

**SUPERVISION ADJUSTMENT**

The defendant has been on bond since July 2015 and has reported to Pretrial Services as directed. He admitted to using methamphetamine numerous times while on bond resulting in him entering into and completing the CRASH residential drug treatment program.  The defendant has been in sober living since January 27, 2016, and is currently attending mental health counseling. With the continued use of methamphetamine, Pretrial Services views his supervision adjustment as poor.

Criminal computerized record checks reveal no new information.

**RECOMMENDATION/JUSTIFICATION**

Pretrial Services recommends your Honor cite the defendant to appear on May 5, 2016, at 2:30 p.m., so he may show cause why his bond should not be revoked.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** _____May 04, 2016_____

Respectfully submitted:                                                  Reviewed and approved:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by _____                          _____
Evelyn G. Caserta                                                             Anthony Ortiz
U.S. Pretrial Services Officer                                          Supervising U.S. Pretrial Services Officer
(619) 557-3414
Place: San Diego, California

PS 8C
(05/08)

**Name of Defendant:** Michael Alexander Hartsell                                           May 4, 2016
**Docket No.:** 3:15CR1442-JLS-005                                                                          Page 4

## THE COURT ORDERS:

✓     **AGREE**, cite the defendant to appear on May 5, 2016, at 2:30 p.m., so he may show cause why his bond should not be revoked.

_____     Other _____

_____
_____

_____                                                          May 4, 2016
The Honorable David H. Bartick                                                                     Date
U.S. Magistrate Judge