~~SEALED~~



AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern   District of   California

| UNITED STATES OF AMERICA | |
| --- | --- |
| V. | **WARRANT FOR ARREST** |
| Michael Alexander Hartsell | |

Case Number:

**'15 MJ 1551**

**15CR 1442 JLS**

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest

Michael Alexander Hartsell
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Conspiracy to distribute methamphetamine

**DATE:** 5/21/15

**ARRESTED BY:** DEA @ Vista Co. Jail

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY:

in violation of Title  21  United States Code, Section(s)  846 and 841(a)(1)

| | |
| --- | --- |
| Honorable William V. Gallo | |
| Name of Issuing Officer | Signature of Issuing Officer |
| U.S. Magistrate Judge | 5/10/15    San Diego, California |
| Title of Issuing Officer | Date and Location |

---

| **RETURN** |
| --- |
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |