UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>MICHAEL HARTSELL (5),<br><br>                              Defendant. | Case No.: 15CR1442-JLS<br><br>**ORDER GRANTING DEFENDANT'S RENEWED MOTION TO MODIFY SENTENCE UNDER FIRST STEP ACT**<br><br>[ECF No. 655] |

   The Court has considered Defendant Hartsell's Renewed Motion to Modify Sentence Under the First Step Act (ECF No. 655) and the Government's response (ECF No. 657).  Given the Government's lack of opposition, Defendant's exhaustion of administrative remedies, and the appearance of good cause pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), IT IS HEREBY ORDERED that Defendant's motion is **Granted**.

   Defendant's previously imposed sentence of imprisonment of 77 months is reduced to Time Served as of May 19, 2020.  The remainder of Defendant's sentence leading up to the release date shall be spent in quarantine.  Defendant's term of supervised release is unchanged.

   IT IS SO ORDERED.

Dated: May 5, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge