PROB 12B
(08/16)

June 25, 2021
pacts id: 1617071

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Michael Alexander Hartsell (English)          **Dkt No.:** 15CR01442-005-JLS

**Name of Sentencing Judicial Officer:** The Honorable Janis L. Sammartino, U.S. District Judge

**Sentence:** 77 months custody; 3 years' supervised release.  *(Special Conditions:  Refer to Judgment and Commitment Order.)*

**Date of Sentence:** May 20, 2016

**Sentence Reduction:**  May 5, 2020 – Order granting motion to modify sentence pursuant to 18 U.S.C. § 3582 (c)(1)(A)(i).  Previously imposed sentence of 77 months is **reduced to Time Served, as of May 19, 2020**.  Term of supervised release remains unchanged.

**Date Supervised Release Commenced:** May 19, 2020

**Prior Violation History:** Yes.  See prior court correspondence.

---

### PETITIONING THE COURT

## TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

**(Special Condition)**
Enroll in and successfully complete a residential drug treatment program as directed by the probation officer.

PROB12B

Name of Offender: Michael Alexander Hartsell

June 25, 2021

Docket No.: 15CR01442-005-JLS

Page 2

### CAUSE

On May 27, 2021, June 2, 2021, and June 7, 2021, Mr. Hartsell submitted urine samples at Mental Health Systems (MHS) which yielded presumptive positives for amphetamines.  When questioned, he admitted that on May 25, 2021, he relapsed on methamphetamine, and since then, he has been using the substance every two to three days. On June 14, 2021, Mr. Hartsell verbally admitted to last using methamphetamine on or about June 13, 2021.  It is noted that the specimen from May 27, 2021, confirmed positive for amphetamines and methamphetamine. Consequently, Mr. Hartsell was directed to participate in a residential drug treatment program to address the above noncompliance.  This officer has confirmed with the Fellowship Center residential drug treatment program's intake coordinator that Mr. Hartsell entered the program on June 23, 2021.  Therefore, it is respectfully recommended the conditions of supervision be modified as indicated above to allow Mr. Hartsell the opportunity to benefit from residential drug treatment. Mr. Hartsell has been cautioned that any future drug relapse may result in revocation proceedings. Mr. Hartsell agrees with the modification as evidenced by his signature on the attached Waiver of Hearing, Probation Form 49.

Respectfully submitted:

by Mimi Manzano
U.S. Probation Officer
(619) 557-5759

Reviewed and approved:

Kasey M. McCoskery
Supervisory U.S. Probation Officer

bmc for mq

Attachments: Probation Form 49, Waiver of Hearing

**THE COURT ORDERS:**

__X__ THE MODIFICATION OF CONDITIONS AS NOTED ABOVE

_____ OTHER _____

Janis L. Sammartino
The Honorable Janis L. Sammartino
U.S. District Judge

06/25/2021
Date