# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

NOV 0 4 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

Michael Alexander Hartsell (5)

### WARRANT FOR ARREST

501-00-248

**Case Number:**    15cr1442-JLS-5

NOT FOR PUBLIC VIEW

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Michael Alexander Hartsell (5)

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information   ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☒ Probation Violation Petition

☐ Pretrial Violation

charging him or her with (brief description of offense):
See Petition

DATE: 11/2/2022

ARRESTED BY: [signature]

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____

2022 OCT -7 AM 9:31
RECEIVED U.S. MARSHAL'S S/CA

In violation of Title    See Above     United States Code, Section(s) _____

John Morrill
Name of Issuing Officer

s/ C. Lam [signature]
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

10/07/2022 San Diego, CA
Date and Location

Bail fixed at $     No Bail     by     The Honorable Janis L. Sammartino

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |